UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO MANUEL SALCIDO, | Case No. EDCV 12-1024 GHK(JC) |
| Petitioner, | ~~(PROPOSED)~~ JUDGMENT |
| v. | |
| WILLIAM KNIPP, Warden, | |
| Respondent. | |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: May 5, 2015

_____
HONORABLE GEORGE H. KING
CHIEF UNITED STATES DISTRICT JUDGE